# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KAREN SUE DORNBUSH,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-065-JPG |
| | ) |
| **J. C. ZUERCHER, et al.,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241, seeking placement in the Residential Drug Abuse Program ("RDAP") so as to earn credit against her federal sentence for successful completion of that program. She originally filed her petition in the Central District. After resolving some motions and directing Respondents to file an answer, the Honorable Michael M. Mihm transferred the action to this District. Pending in this Court's docket is Petitioner's motion for determination of early release and for appointment of counsel (Doc. 4). Judge Mihm construed this motion, in part, as her amended petition for writ of habeas corpus (*see* text entry dated Oct. 31, 2008), thus mooting the original petition. Respondent has already filed a response to that amended petition (*see* Doc. 13).

**IT IS THEREFORE ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings, including a ruling on Petitioner's pending motion for appointment of counsel (*see* Doc. 4, ¶¶ 10-11).

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States

Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is under a continuing obligation to keep the Clerk and each opposing party informed of any change in her whereabouts. This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**Dated: February 6, 2009.**

                                                **s/ J. Phil Gilbert**
                                                **U. S. District Judge**