IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN SUE DORNBUSH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 3:09-cv-65-JPG-DGW |
| | ) |
| DENNY SMITH, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Currently pending before the Court is a motion for release filed by federal inmate Karen Sue Dornbush on January 19, 2010 (Doc. 22). Petitioner brought this habeas corpus action under 28 U.S.C. §2241, asking the Court to determine her eligibility for participation in a Bureau of Prisons substance abuse program and for a sentence reduction (Doc. 4). The government has filed a response (Doc. 13).

In the instant motion, Petitioner asks the Court for a ruling on her petition. The motion is **DENIED without prejudice**. The Court will rule on the petition in due course.

**IT IS SO ORDERED.**

**DATED: August 24, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
