IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KAREN SUE DORNBUSH,**

    **Petitioner,**

**v.**

**DENNY SMITH,**

    **Respondent.**                        **No. 09-cv-65-DRH-DGW**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 13, 2011, Respondent's motion to dismiss is **GRANTED** and this case is **DISMISSED** with prejudice.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                                  **BY:**       **/s/*Sandy Pannier***
                                                      **Deputy Clerk**

Dated: December 13, 2011

                        David R. Herndon
                        2011.12.13
                        13:06:58 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT